# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Arlena D.P.,

       Plaintiff,

v.

Martin J. O'Malley,
*Commissioner of Social Security*,

       Defendant.

Case No. 23-cv-1709 (PJS/DJF)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation (ECF No. 18) of the United States Magistrate Judge Dulce J. Foster. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 18) is **ADOPTED**;
2. Plaintiff's Request for Relief (ECF No. 11) is **DENIED**;
3. Defendant's Request for Relief (ECF No. 17) is **GRANTED**;
4. The Administrative Law Judge's Decision is **AFFIRMED**; and
5. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: 1/17/2024

       s/Patrick J. Schiltz
       Patrick J. Schiltz
       Chief United States District Judge